UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID ELIJAH BOWERS, JR,

        Plaintiff,

Case No. 21-cv-0749-bhl

v.

WISCONSIN DEPARTMENT OF MILITARY AFFAIRS, et al.,

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION

On June 17, 2021, David Elijah Bowers, Jr., filed a *pro se* complaint against the Wisconsin Department of Military Affairs, Governor Tony Evers, and Major General Paul E. Knapp, alleging the defendants engaged in civil conspiracy in violation of 42 U.S.C. § 1985 and the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961, *et seq*. ECF No. 1. On June 22, 2021, Magistrate Judge Nancy Joseph screened the complaint and issued a Report and Recommendation advising that the complaint be dismissed. ECF No. 2. Pursuant to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Civil Procedure 72(b), Bowers had until July 6, 2021 to file and serve written objections to the Magistrate Judge's Report and Recommendation. Once objections are made, this Court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." *Id.* (emphasis added). Bowers did not file an objection to any portion of the recommendation, either before or after the statutory deadline.

After consideration of Magistrate Judge Joseph's Report and Recommendation, and the record as a whole, the Court adopts the Report and Recommendation of the Magistrate Judge.[1] Therefore,

---

[1] Separately, Bowers failed to provide payment of the filing fee for the complaint. *See* ECF No. 5. This failure also warrants dismissal of the complaint.

**IT IS HEREBY ORDERED** that Magistrate Judge Joseph's Report and Recommendation, ECF No. 2, is **ADOPTED**.

**IT IS FURTHER ORDERED** that the complaint, ECF No. 1, is **DISMISSED** without prejudice. The Clerk is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin on July 21, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge